**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MRH AUTO-RENO, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  MOUNTAIN WEST AUTO** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2443638** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1220 KIETZKE LANE** <br> **Reno, NV 89502** <br> Number, Street, City, State & ZIP Code <br><br> **Washoe** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO BOX 7431** <br> **Reno, NV 89502** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **MRH AUTO-RENO, LLC**  Case number (*if known*) _____
Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|---------|------|---------|-------------|---------|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **MRH AUTO-RENO, LLC**                                    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **MRH AUTO-RENO, LLC**                                    Case number (*if known*) _____
_____
Name

☐  $50,001 - $100,000             ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor      **MRH AUTO-RENO, LLC**                                          Case number (*if known*) _____
           _____
                        Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 24, 2023**
             _____
             MM / DD / YYYY

*X* **/s/ KEVIN E. SHEPPARD**                                **KEVIN E. SHEPPARD**
   _____               _____
   Signature of authorized representative of debtor          Printed name

Title  **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER**
      _____

**18. Signature of attorney**

*X* **/s/ STEPHEN R. HARRIS**                        Date  **July 24, 2023**
   _____            _____
   Signature of attorney for debtor                       MM / DD / YYYY

**STEPHEN R. HARRIS**
_____
Printed name

**HARRIS LAW PRACTICE LLC**
_____
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
_____
Number, Street, City, State & ZIP Code

Contact phone  **775-786-7600**        Email address  **steve@harrislawreno.com**
              _____                      _____

**001463 NV**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **MRH AUTO-RENO, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2023**          *X* **/s/ KEVIN E. SHEPPARD**
                                              Signature of individual signing on behalf of debtor

                                              **KEVIN E. SHEPPARD**
                                              Printed name

                                              **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER**
                                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MRH AUTO-RENO, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ALLY 535 ANTON BLVD SUITE 300 Costa Mesa, CA 92626** | | **MONIES OWED** | **Contingent Unliquidated Disputed** | | | **$1,998,336.30** |
| **ALLY INSURANCE PO BOX 6543 Chicago, IL 60680** | | **GOODS/ SERVICES** | | | | **$5,248.67** |
| **ALLY WHOLESALE PO BOX 33128 Detroit, MI 48232** | | **GOODS/ SERVICES** | | | | **$66,120.84** |
| **AMERICA TIRE DISTRIBUTORS INC. PO BOX 741443 Los Angeles, CA 90074** | | **GOODS/ SERVICES** | | | | **$25,131.04** |
| **B&R AUTO WRECKING PO BOX 35143 Seattle, WA 98124** | | **GOODS/ SERVICES** | | | | **$5,859.62** |
| **BANK OF AMERICA PO BOX 660441 Dallas, TX 75266** | | **CREDIT CARD PURCHASES** | | | | **$121,710.14** |
| **CCR 20 Broad Hollow Road Suite 1002 Melville, NY 11747** | | **GOODS/ SERVICES** | | | | **$21,748.00** |
| **CDK GLOBAL, LLC 4600 MONTGOMERY RD Cincinnati, OH 45212** | | **GOODS/ SERVICES** | | | | **$34,081.03** |
| **CORWIN FORD 3600 KIETZKE LANE Reno, NV 89502** | | **GOODS/ SERVICES** | | | | **$8,425.66** |

Debtor    **MRH AUTO-RENO, LLC**                                      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DEALS & WHEELS PO BOX 7153 Reno, NV 89510** | | **GOODS/ SERVICES** | | | | **$7,000.00** |
| **GUILD, GALLAGHER & FULLER, LTD 100 WEST LIBERTY STREET SUITE 800 Reno, NV 89501** | | **LEGAL SERVICES** | | | | **$51,135.42** |
| **INTERSTATE OIL CO. 8221 ALPINE AVE. Sacramento, CA 95826** | | **GOODS/ SERVICES** | | | | **$8,877.86** |
| **MINOR O'HARRA ADVERTISING 6170 RIDGEVIEW CT SUITE A Reno, NV 89519** | | **GOODS/ SERVICES** | | | | **$46,442.51** |
| **NEVADA DEPARTMENT OF TAXATION BANKRUPTCY DIVISION 4600 KIETZKE LANE STE L235 RENO, NV 89502** | | **SALES TAX LIABILITY** | | | | **$700,000.00** |
| **PERFORMANCE IMPROVEMENT CONCEPTS, INC. C/O GIVENS PURSLEY LLP PO BOX 2720 Boise, ID 83701** | | **GOODS/ SERVICES** | | | | **$1,012,244.00** |
| **SEAN PATTERSON, ESQ. 232 COURT ST Reno, NV 89501** | | **LEGAL SERVICES** | **Unliquidated Disputed** | | | **$5,620.00** |
| **SNELL & WILMER ONE EAST WASHINGTON ST SUITE 2700 Phoenix, AZ 85004** | | **LEGAL SERVICES** | | | | **$80,144.10** |
| **SWDS 8659 RESEARCH DR Irvine, CA 92618** | | **GOODS/ SERVICES** | **Disputed** | | | **$29,253.00** |

Debtor   **MRH AUTO-RENO, LLC**                                          Case number *(if known)*  _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SZABO MEDIA COLLECTION PROFESSIONALS 3355 LENOX ROAD, NE SUITE 945 Atlanta, GA 30326** | | **COLLECTION AGENCY** | | | | **$23,570.00** |
| **YESCO SIGNS 800 BEENIE LN STE B Reno, NV 89512** | | **GOODS/ SERVICES** | | | | **$32,013.24** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **MRH AUTO-RENO, LLC**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                                 $  **ACTUAL FEES/COSTS**

Prior to the filing of this statement I have received                       $  **9,238.00**

Balance Due                                                                 $  **UNKNOWN**

2.  The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    MOUNTAIN WEST AUTO GROUP, LLC

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

JULY 24, 2023
*Date*

/s/ Stephen R. Harris
**STEPHEN R. HARRIS**
*Signature of Attorney*
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600  Fax: 775-786-7764**
**steve@harrislawreno.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re    **MRH AUTO-RENO, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MRH AUTO ENTERPRISES, LLC**<br>**PO BOX 7431**<br>**Reno, NV 89502** | | **100%** | **MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 24, 2023**

Signature    **/s/ KEVIN E. SHEPPARD**

**KEVIN E. SHEPPARD**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Nevada

In re  **MRH AUTO-RENO, LLC**

Debtor(s)

Case No. 

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 24, 2023**

**/s/ KEVIN E. SHEPPARD**
**KEVIN E. SHEPPARD**/**MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER**
Signer/Title

MRH AUTO-RENO, LLC
PO BOX 7431
RENO, NV 89502

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

ALLDATA
9650 W. TARON DR.
#100
ELK GROVE, CA 95757

ALLY
535 ANTON BLVD
SUITE 300
COSTA MESA, CA 92626

ALLY FINANCIAL
PO BOX 744718
ATLANTA, GA 30374

ALLY INSURANCE
PO BOX 6543
CHICAGO, IL 60680

ALLY WHOLESALE
PO BOX 33128
DETROIT, MI 48232

AMERICA TIRE DISTRIBUTORS INC.
PO BOX 741443
LOS ANGELES, CA 90074

ARAMARK
2680 PALUMBO DRIVE
LEXINGTON, KY 40509

AUTO WEB
PO BOX 31001
PASADENA, CA 91110

B&R AUTO WRECKING
PO BOX 35143
SEATTLE, WA 98124

BANK OF AMERICA
PO BOX 660441
DALLAS, TX 75266

CCR
20 BROAD HOLLOW ROAD
SUITE 1002
MELVILLE, NY 11747

CDK GLOBAL, LLC
4600 MONTGOMERY RD
CINCINNATI, OH 45212

CHECK CENTER
PO BOX 6008
PETALUMA, CA 94955

CLEAR CHOICE MOBILE GLASS
541 IDEAL CT
RENO, NV 89506

CORWIN FORD
3600 KIETZKE LANE
RENO, NV 89502

DEALER CENTER
4751 WHILSHIRE BLVD
STE 205
LOS ANGELES, CA 90010

DEALS & WHEELS
PO BOX 7153
RENO, NV 89510

DIRECT TV
PO BOX 5006
CAROL STREAM, IL 60197

FABRION
9600 SW BRENTWOOD PL
PORTLAND, OR 97224

GRAPHICKA
101 N. PECOS ROAD
#110
LAS VEGAS, NV 89101

GRAY TELEVISION INC.
1801 HALSTEAD BLVD
TALLAHASSEE, FL 32309

GUILD, GALLAGHER & FULLER, LTD
100 WEST LIBERTY STREET
SUITE 800
RENO, NV 89501

HILL, MEGAN
6741 SONTERRA LN
RENO, NV 89502

INTERSTATE OIL CO.
8221 ALPINE AVE.
SACRAMENTO, CA 95826

JOHN STEPHENS FAMILY TRUST
2610 MORTINO CIR
HENDERSON, NV 89052

KEY INSURANCE CO
PO BOX 2014
MISSION, KS 66201

LITHIA MOTORS INC
PO BOX 679811
DALLAS, TX 75297

MINOR O'HARRA ADVERTISING
6170 RIDGEVIEW CT
SUITE A
RENO, NV 89519

MRH AUTO ENTERPRISES, LLC
PO BOX 7431
RENO, NV 89502

NATION CREDIT CENTER
PO BOX 740285
LOS ANGELES, CA 90074

NEVADA AUTO SOUND
2966 S. VIRGINIA ST
RENO, NV 89502

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
4600 KIETZKE LANE STE L235
RENO, NV 89502

O'REILLY
1755 S. VIRIGNIA ST
RENO, NV 89502

PACIFIC SHREDDING DHS
PO BOX 334
STOCKTON, CA 95201

PERFORMANCE IMPROVEMENT CONCEPTS, INC.
C/O GIVENS PURSLEY LLP
PO BOX 2720
BOISE, ID 83701

PORTFOLIO
25541 COMMERCENTRE DR.
SUITE 100
LAKE FOREST, CA 92630

RENO GREEN LANDSCAPING
190 WOODLAND AVE
RENO, NV 89523

RENO MITSUBISHI
1000 KIETZKE LANE
RENO, NV 89502

SAGAR RAICH, ESQ.
RAICH LAW PLLC
6785 S. EASTERN AVE., STE 5
LAS VEGAS, NV 89119

SANTANDER CONSUMER USA
PO BOX 744725
ATLANTA, GA 30374

SEAN PATTERSON, ESQ.
232 COURT ST
RENO, NV 89501

SIERRA AIR HEATING - COOLING
4875 LONGLEY LANE
RENO, NV 89502

SNAP-ON TOOLS CREDIT LLC
PO BOX 1216 DEPT #135044
OAKS, PA 19456

SNELL & WILMER
ONE EAST WASHINGTON ST
SUITE 2700
PHOENIX, AZ 85004

SWDS
8659 RESEARCH DR
IRVINE, CA 92618

SZABO MEDIA COLLECTION PROFESSIONALS
3355 LENOX ROAD, NE SUITE 945
ATLANTA, GA 30326

THOMAS GARAGE DOORS
171 S. 18TH ST
SPARKS, NV 89431

TRADEPENDING HOLDINGS, LLC
125 S. ESTES DR
#2881
CHAPEL HILL, NC 27515

TRUCK ENVY
75 EAST PATRIOT BLVD
SUITE 13
RENO, NV 89511

UNISHIPPERS
15466 LOS GATOS BLVD
SUITE 109-270
LOS GATOS, CA 95032

YESCO FINANCIAL SOLUTIONS
PO BOX 11676
TACOMA, WA 98411

YESCO SIGNS
800 BEENIE LN
STE B
RENO, NV 89512

# United States Bankruptcy Court
## District of Nevada

In re   **MRH AUTO-RENO, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MRH AUTO-RENO, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MRH AUTO ENTERPRISES, LLC**
**PO BOX 7431**
**Reno, NV 89502**

☐ None [*Check if applicable*]

**July 24, 2023**

Date

/s/ **STEPHEN R. HARRIS**

**STEPHEN R. HARRIS**

Signature of Attorney or Litigant
Counsel for   **MRH AUTO-RENO, LLC**

**HARRIS LAW PRACTICE LLC**

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**

## United States Bankruptcy Court
### District of Nevada

In re    **MRH AUTO-RENO, LLC**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **KEVIN E. SHEPPARD**, declare under penalty of perjury that I am the **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of  **MRH AUTO-RENO, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 24th day of July, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date  July 24, 2023

Signed  /s/ Kevin E. Sheppard
**KEVIN E. SHEPPARD**

Resolution of Board of Directors
of
**MRH AUTO-RENO, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **KEVIN E. SHEPPARD**, **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  July 24, 2023                          Signed   /s/ Kevin E. Sheppard


Date  _____          Signed  _____